**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON D C**

MAR **2 7** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*JAMES EDWARD HILL,*
*663-24ᵗʰ St., NE Apt 56*
*Washington DC 20002*          *Plaintiff*
*No  Phone*
*VS*

Case: 1:08-cv-00526
Assigned To : Kennedy, Henry H.
Assign. Date : 3/27/2008
Description: Civil Rights-Non. Employ.

*DISTRICT OF COLUMBIA POLICE CHIEF,*
*KNOWN AND UNKNOWN*
*300 Indiana Ave NW*
*Washington DC 20001*
*202-727-4218*
*DISTRICT OF COLUMBIA U.S. ATTORNEY,*
*KNOWN AND UNKNOWN*
*Civil Litigation Division*
*441 4ᵗʰ St NW suite 6005*
*Washington DC 20001*

                    *Defendants* ~~et al~~*.*

**CONSPIRACY   COMPLAINT   PURSUANT**
USC Title 42 section(s 1981, 1985 et., seq.)
**FOR MONETARY**

        *COMES now Pro se Plaintiff hereinafter as James Edward Hill moves*

*this   honorable Court alleging conspiracy to violate civil and constitutional*

*rights of Mr. James Edward Hill under title 42 USC section 1981 Equal*

*Rights ,violation   of 1893 civil rights the civil rights act of 1871 which*

*Provides that [e]very person who under color of any statute, ordinance*

*regulation,   custom, or usage of any State. . .subjects or causes to be*

**RECEIVED**

FEB **2 2** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*subjected  any   citizen of the United States to the deprivation of any rights,*

*privileges   or   immunities secured by the constitution and Laws, shall be*

*liable   to the party injured. . ." the United States Constitution, article 5, 14*

*section   2, provides that "(n)o person shall be deprived of Life, Liberty, or*

*property without Due process of Law."*

## JURISDICTION

*JURISDICTION   is under Title 28 USC section 1331, and 1336 Federal*

*Question, monetary value exceeding $50, 000.00 Fifty thousand Dollars,*

*suffered Damages, as the deterrent in this case for violating James Edward*

*Hill's civil and constitutional rights.*

### VENUE

*Venue is found upon all parties resides in the District of Columbia, and the*

*Defendants   seized James Edward Hill's personal property without due*

*process of Law. In this case on January   25th, 2007, the District of*

*Columbia Police Department was   (C)court ORDERED to return all*

*property belonging to James Edward Hill. As of the filing of this Petition the*

*Police Department and DC US Attorney's Office failed and refused to*

*comply with said court order attached hereto as exhibit "A" with same*

*force and effects as set forth therein and incorporated into these*

*proceedings   forthwith demonstrating beliefs and actions taken of his*

*grievances   will not be heard in no other court having jurisdiction due to s*

*defendants   status and reckless disregards to Law governing citizens of*

*color, of the District of Columbia. In that Mr. James*

*Hill has exhausted all so called remedies afforded to him before*

*presentation to this Honorable US Federal Court. Mr. Hill's right to*

*been denied by Defendants circumventing Court Orders to deny citizens of*

*personal   property and   t here Constitutional Rights. Only in the District of*

*Columbia, see exhibit marked "A" incorporated herein which ordered*

*Return   of   James Edward Hill's $1,202.81 dollar and Automobile. For*

*Which   the   defendant's action on this matter places them above the*

*United States Laws and   Regulations.*

*Plaintiff   pray and request this Court, to Order by US Marshals the return*

*Of   all his property with interests and monetary compensation for pains*

*Suffered   by wantonly disregarding COURT ORDERS in the District of*

*Columbia   when   it comes to some of  it's   citizens. For this end James*

*Edward Hill, will all times pray. Done this 21 day of February 2008.*

*RESPECTFULLY SUBMITTED*

*Edward 8 Hill*

*Feb 21 - 2008*

*James Edward Hill, Pro SE*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION-FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES** | : | **Case No: 2004 FEL 848** |
| v. | : | |
| **EDWARD HILL** | : | **Judge Lynn Leibovitz** |

### AMENDED ORDER

Before the court is defendant's letter, received in chambers on October 25, 2006, which the court will treat as a *pro se* Motion for Return of Personal Property.

The defendant was arrested by the Metropolitan Police Department on February 5, 2004. His case was dismissed without prejudice by this court on Mary 4, 2005.

Upon consideration of the Defendant's Motion, the Government not objecting to the return of the property, and a review of the record, it is this 5th day of January, 2007, *nunc pro tunc* to October 26, 2006, hereby,

**ORDERED** that the Defendant's Motion for Return of Personal Property is **GRANTED**, subject to the administrative or civil forfeiture process. It is further

**ORDERED** that the United States Attorney and/or the Property Control Branch for the Metropolitan Police Department and/or any other governmental agency shall return to Mr. Edward Hill or his designated beneficiary the following items seized from the defendant, unless the item has been administratively forfeited pursuant to D.C. Code Section 48-905.05(g)(3)(C):

(1) $1,202.81 (one thousand, two hundred and two dollars and eighty-one cents)

(2) 1992 silver Toyota 4 Runner, VIN No. JT3VN39W2N0091350

Exhibit "A"

_____

**Lynn Leibovitz**
**Associate Judge**
**(signed in chambers)**

cc:

Mr. Edward Hill
663 24th Street, NE
Apartment #A56
Washington, DC 20002

United States Attorney
Felony Division
555 4th Street, N.W.
Washington, D.C. 20001

Property Clerk
Property Division
Metropolitan Police Department
2235 Shannon Place, S.E.
Washington, D.C. 20020

Office of the Attorney General
Civil Litigation Division
441 4th Street, NW
Suite 600S
Washington, DC 20001

Exhibit "q"

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

*08-526*
*HHk*

---

**I (a) PLAINTIFFS**

James Edward Hill

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE    (NP)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

District of Columbia Police Chief

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRAC

ATT

Case: 1:08-cv-00526
Assigned To : Kennedy, Henry H.
Assign. Date : 3/27/2008
Description: Civil Rights-Non. Employ.

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

---

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**□ E. General Civil (Other)  OR  □ F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871  IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| □ G. *Habeas Corpus/2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ K. *Labor/ERISA (non-employment)* | ☑ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>☒ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23    **DEMAND $** 0    Check YES only if demanded in complaint    **JURY DEMAND:** □ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES  ☒ NO    If yes, please complete related case form.

DATE 3/27/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd