**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES E. HILL, | ) |
| | ) |
|       Plaintiff, | ) |
| | )    Civil No. 08-526 (HHK) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA POLICE CHIEF, ET AL. | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

**MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendant District of Columbia Police Chief (hereinafter "the District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby moves this Court to enlarge the time by which it must answer or otherwise respond to the plaintiff's complaint by an additional forty (40) days. A memorandum of points and authorities in support of this motion to enlarge is attached hereto.

Undersigned counsel was unable to consult with *pro se* plaintiff to seek his consent to this motion because his telephone number was not provided on the complaint. In addition, undersigned counsel was unable to locate plaintiff's telephone number through an internet telephone directory.

                                              Respectfully submitted,

                                              PETER J. NICKLES
                                              Interim Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

/s/ Kimberly M. Johnson/sk
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief, General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (telephone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2008, a copy of the foregoing Motion to Enlarge and its supporting Memorandum of Law and Proposed Order were mailed postage prepaid to:

James E. Hill
663 24th Street, N.E., Apt. 56
Washington, D.C. 20002
*Pro Se* Plaintiff

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES E. HILL, | ) |
|       Plaintiff, | ) |
| | ) Civil No. 08-526 (HHK) |
| v. | ) |
| DISTRICT OF COLUMBIA POLICE CHIEF, ET AL. | ) |
|       Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the defendant District of Columbia Police Chief (hereinafter the "District") an additional forty (40) days to file a responsive pleading to the plaintiff's complaint. This motion is made for good cause as set forth below:

1.  The plaintiff filed suit on March 27, 2008, alleging that the defendants, the District of Columbia Police Chief and the District of Columbia U.S. Attorney, conspired to violate his civil and constitutional rights when his property was seized.

2.  The District was served this Complaint on April 24, 2008. A responsive pleading therefore is due on or before May 14, 2008.

3.  The requested extension is justified because the District will have to conduct a preliminary investigation of the allegations contained in the complaint, including a review of forfeiture records at the Metropolitan Police Department, before it can file an accurate responsive pleading.

4.  Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other

enumerated rules.  An extension to allow forty (40) days for filing of a responsive pleading in this case would require a filing on or before June 23, 2008.

5. The plaintiff should not be prejudiced by the granting of this Motion.  The co-defendant, the United States, receives 60 days to file a responsive pleading; therefore, an additional 40 days for the District's responsive pleading will not delay proceedings.

6. This is the District's first request for an extension.

WHEREFORE, for the reasons stated herein, the District requests that this Court expand the time to file a responsive pleading by forty (40) days, up to and including June 23, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson/sk
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief, General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (telephone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES E. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08-526 (HHK) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA POLICE ) | |
| CHIEF, ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### PROPOSED ORDER

Upon consideration of the Motion to Enlarge Time to File a Pleading in Response to the Plaintiff's Complaint, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____ 2008, hereby,

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that the Defendant's responsive pleading is due on or before June 23, 2008.

 

                                                                UNITED STATES DISTRICT JUDGE

Copies to:

    Lucy Pittman
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    lucy.pittman@dc.gov

James E. Hill
663 24th Street, N.E., Apt. 56
Washington, D.C. 20002

2