UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES EDWARD HILL,

    Plaintiff,

v.                                         Civil Action No. 08-526(HHK)

UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA,
    Defendant.

FEDERAL DEFENDANT'S ANSWER TO
PLAINTIFF'S COMPLAINT

Defendant, United States Attorney for the District of Columbia, by and through undersigned counsel, hereby answers Plaintiff's complaint as follows:

First Defense

The Complaint fails to state a claim upon which relief may be granted.

Second Defense

Plaintiff has failed to exhaust administrative remedies.

Third Defense

Defendant is immune from suit.

Fourth Defense

Defendant answers the unnumbered paragraphs of Plaintiff's Complaint, as follows

1. Paragraph 1 contains Plaintiff's characterization of his action to which no answer is required, but insofar as an answer is deemed to be required, paragraph 1 is denied.

JURISDICTION

2. Paragraph 2 contains Plaintiff's characterization of his action and legal conclusion as

to jurisdiction to which no answer is required, but insofar as an answer is deemed to be required, paragraph 2 is denied.

## VENUE

3. Paragraph 3:   Sentence 1 contains Plaintiffs legal conclusion as to venue to which no answer is required.   Sentence 2, denied;  the order speaks for itself.  Sentences 3-7, denied.

4. Paragraph 4 beginning "Plaintiff pray and request" contains Plaintiff's prayer for relief to which no response is required but, to the extent one may be deemed required, Defendant denies that Plaintiff is entitled to any relief.

Defendant denies each and every allegation contained in Plaintiff's complaint to the extent any allegations are not specifically admitted herein.

Respectfully submitted,

    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

    /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

    /s/ Rhonda C. Fields
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of June, 2008, a copy of the foregoing Answer was mailed, postage prepaid to plaintiff pro se,

JAMES EDWARD HILL
663 24th Street, NE
Apartment 56
Washington, DC 20002
 .

          /s/ Rhonda C. Fields
      RHONDA C. FIELDS
      Assistant United States Attorney