UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EDWARD HILL ) | |
| 663 24TH St., NE Apt 56 ) | |
| Washington, DC  20002 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0526 (HHK) |
| ) | Electronic Case Filing |
| DISTRICT OF COLUMBIA POLICE CHIEF ) | |
| KNOWN AND UNKNOWN ) | |
| 300 Indiana Ave NW ) | |
| Washington, DC  20001 ) | |
| DISTRICT OF COLUMBIA U.S. ATTORNEY ) | |
| KNOW AND UNKNOWN ) | |
| Civil Litigation Division ) | |
| 441 4th St NW Suite 6005 ) | |
| Washington, DC 20001 ) | |
| Commissioner for Patents ) | |
| ) | |
| Defendants | |

## ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States  Attorney **Rhonda C. Fields** as counsel for the United States Attorney for the District of Columbia, defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555  4th Street, N.W. - Room  E4804
Washington, D.C. 20530

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  **18th**   day of June, 2008, that a copy of the foregoing Entry of Appearance was served by First-Class mail; postage-prepaid to:

JAMES EDWARD HILL
663 24TH St., NE Apt 56
Washington, DC  20002

/s/
RHONDA FIELDS
Assistant United States Attorney
555 4th St., N.W. Room 4804
Washington, D.C.  20530