# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES EDWARD HILL,

                    Plaintiff,

    v.

DISTRICT OF COLUMBIA
POLICE CHIEF, *et al.*,

                    Defendants.

Civil Action No. 08-0526  (HHK)

## ORDER

Defendant "District of Columbia Police Chief" filed a motion to dismiss the complaint on June 17, 2008.   On June 18, 2008 the Court issued an Order advising plaintiff of his obligation to file an opposition or other response to the motion and the consequences of his failure to oppose this dispositive motion.  The June 18, 2008 Order warned plaintiff that, if he failed  to file a timely response, the Court may treat the District's motion as conceded.  The Court set July 16, 2008 as the deadline for plaintiff's opposition.  To date, plaintiff neither has filed an opposition nor has requested additional time do so.

Accordingly, it is hereby

ORDERED that defendant District of Columbia Police Chief's motion to dismiss [Dkt. #7] is GRANTED as conceded.

SO ORDERED.

                    HENRY H. KENNEDY, JR.
                    United States District Judge