UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES EDWARD HILL,

              Plaintiff,

    v.                                      Civil Action No. 08-0526  (HHK)

DISTRICT OF COLUMBIA
POLICE CHIEF, *et al.*,

              Defendants.

## **ORDER**

The Court has reviewed plaintiff's complaint and the federal defendant's Answer. It appears that a dispositive motion may advance these proceedings.

Accordingly, it is hereby

ORDERED that, not later than September 2, 2008, the federal defendant shall file either a dispositive motion or a proposed order governing future proceedings in this case.

SO ORDERED.

                                                            HENRY H. KENNEDY, JR.
                                                            United States District Judge